COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
jdowling@cogburnlaw.com
2879 St. Rose Parkway, Ste. 200
Henderson, Nevada 89052
Telephone: (702) 384-3616
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| JUSTIN M. CAHILL, an individual;<br><br>         Plaintiff,<br><br>vs.<br><br>LARRY A. KENT, an individual; DOE Individuals 1-10; and ROE Corporations 11-20;<br><br>         Defendant. | Case Number:  2:15-cv-00468-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE OF TAKING DEPOSITIONS** |

Plaintiff, Justin Cahill, by and through his attorney of record, Jamie S. Cogburn, Esq., and Joshua A. Dowling, Esq. of Cogburn Law Offices and Defendant, Larry Kent, by and through his attorney of record, George M. Ranalli, Esq. and Lawrence Phillips, Esq. with Ranalli & Zaniel and Rahul Kulkami, Esq. of Wilson, Elser Moskowitz Edelman & Dicker, LLP, hereby stipulate and agree as follows:

1. **NATURE OF THE ACTION:**

This is an action for personal injuries arising from an incident occurring on February 13, 2013.  Defendant operated a Utility Task Vehicle (UTV), with Plaintiff as his passenger, for the purpose of performing a test drive.  Following said test drive, Defendant attempted to drive the UTV onto his truck's trailer.  Specifically, Defendant accelerated the UTV causing it to travel over the front of his trailer and roll onto the ground.  As a result, Plaintiff's right hand and wrist

were crushed between the UTV and the ground. Plaintiff was then administered first aid due to the immediately apparent severity of his injuries. Thereafter, emergency medical personnel arrived and placed Plaintiff on a gurney and transported him via ambulance to the hospital where he was treated for severe and disfiguring right hand injuries. Plaintiff claims severe and extensive injuries and damages as a result of the subject incident.

2. **DISCOVERY THAT HAS BEEN COMPLETED:**

The parties have exchanged FRCP 26(f) disclosures of documentary evidence and witnesses, inclusive of Plaintiff's treatment records. In addition, the parties have completed the following written discovery and depositions:

**Plaintiff, Justin Cahill**:

- Interrogatories to Defendant Larry Kent;
    - Defendant Responded
    - Supplemental Responses
- Request for Production of Documents to Defendant Larry Kent;
    - Defendant Responded
- Request for Admissions to Defendant Larry Kent; and
    - Defendant Responded
    - Supplemental Responses
- Deposition of Defendant, Larry Kent.

**Defendant, Larry Kent**:

- Interrogatories to Plaintiff, Justin Cahill;
    - Plaintiff Responded
    - Supplemental Responses
- Request for Production of Documents to Plaintiff, Justin Cahill;

- - - Plaintiff Responded
    - Supplemental Responses
- Request for Admissions to Plaintiff, Justin Cahill;
    - Plaintiff Responded
- Deposition of Plaintiff, Justin Cahill;
- Deposition of Robert Winegarden;
- Deposition of Expert, Bill Uhl;
- Deposition of Expert Stan Smith;
- Deposition of Expert Steven Becker; and
- Deposition of Expert Colby Young, M.D.

3. **A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED.**

- Deposition of Expert Carl Williams, Jr.;
- Deposition of PMK of Co-Operators Insurance;
- Deposition of Adjuster of Co-Operators Insurance; and
- Deposition of Expert Timothy Logsdon.

4. **THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCVOERY ORDER.**

The parties have diligently worked on discovery in this matter. Currently, the discovery is set to close on February 11. All depositions were scheduled to take place before the discovery deadline; however, Plaintiff's office requested new dates to take expert, Timothy Logsdon's deposition as lead counsel for the Plaintiff has been out of the office due to having pneumonia. Defendant's counsel provided new dates of availability for Timothy Logsdon, which are after the discovery deadline. The parties agreed the deposition of Timothy Logsdon would take place on March 30, 2016. Additionally, Plaintiff's counsel has been attempting to take the deposition of

the 30(b)(6) and/or adjuster for Co-Operators Insurance based upon the loss or destruction of Defendant's recorded statement. However, recently Defendant disclosed a purported summary of the above-mentioned recorded statement which does not identify the documents author or when it was created. As a result, after lengthy discussions between counsel, it has been agreed the depositions of the insurance adjuster who took a recorded statement of Defendant, Larry Kent and Canadian Co-Operators Insurance FRCP 30(b)(6) witness will be necessary.

5. **THE PROPOSED SCHEDULE FOR COMPLETING THE DEPOSITIONS OF TIMOTHY LOGSDON, THE CORPORATE REPRESENTATIVE FOR CANADIAN CO-OPERATORS INSURANCE AND THE ADJUSTER FOR CANADIAN CO-OPERATORS INSURANCE**

The parties would like to extend the deadline for discovery to be completed to April 1, 2016, for the limited purpose of completing the depositions of Timothy Logsdon, Canadian Co-Operators Insurance's FRCP 30(b)(6) corporate representative, and the adjuster from Canadian Co-Operators Insurance who authored the purported summary of Defendant's recorded statement. All other discovery would still be required to be completed by February 11, 2016.

…
…
…
…
…
…
…
…
…
…
…

**CURRENT TRIAL DATE:**

There is no current trial date set.

All parties to this matter have agreed to the above terms of the stipulation and the dates of the extension currently sought.

DATED this 10th day of February, 2016              DATED this 10th day of February, 2016

| */s/ Jamie S. Cogburn* | */s/ Lawrence R. Phillips* |
|---|---|
| Jamie S. Cogburn, Esq. | George M. Ranalli, Esq. |
| Nevada Bar No. 8409 | Nevada Bar No.: 5748 |
| Joshua A. Dowling, Esq. | Lawrence R. Phillips, Esq. |
| Nevada Bar No. 12956 | Nevada Bar No.:7138 |
| 2879 St. Rose Parkway, Suite 200 | 2400 West Horizon Ridge Parkway |
| Henderson, NV 89052 | Henderson, NV 89052 |
| Attorneys for Plaintiff | Attorneys for Defendant |

DATED this 10th day of February, 2016

*/s/ Rahul Kulkarni*
Rahul Kulkarni, Esq.
Nevada Bar No.: 10650
300 South Fourth Street – 11th Floor
Las Vegas, Nevada 89101
Attorney for Defendant

**ORDER**

IT IS ORDERED Plaintiff's counsel is granted leave of court to take the depositions of Timothy Logsdon, the FRCP 30(B)(6) corporate representative for Canadian Co-Operators Insurance, and the adjuster of Canadian Co-Operators Insurance who authored the document purporting to be a summary of Defendant's recorded statement.

IT IS SO ORDERED
Dated: February 11, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

COGBURN LAW OFFICES

*/s/ Jamie S. Cogburn*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
2879 St. Rose Parkway, Suite 200
Henderson, NV 89052
Attorneys for Plaintiff

Page 6 of 6