**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
jdowling@cogburnlaw.com
2879 St. Rose Parkway, Ste. 200
Henderson, Nevada 89052
Telephone: (702) 384-3616
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| JUSTIN M. CAHILL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LARRY A. KENT, an individual; DOE Individuals 1-10; and ROE Corporations 11-20;<br><br>Defendant. | Case Number: 2:15-cv-00468-RFB-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S UNTIMELY DISCLOSURE OF REBUTTAL EXPERTS** |

Plaintiff, Justin Cahill, by and through his attorney of record, Jamie S. Cogburn, Esq., and Joshua A. Dowling, Esq. of Cogburn Law Offices and Defendant, Larry Kent, by and through his attorney of record, George M. Ranalli, Esq. and Lawrence Phillips, Esq. with Ranalli & Zaniel and Rahul Kulkami, Esq. of Wilson, Elser Moskowitz Edelman & Dicker, LLP,

…

…

…

…

…

…

…

…

Page 1 of 3

hereby stipulates to continue the hearing on Plaintiff's Motion to Strike Defendant's Untimely Disclosure of Rebuttal Experts, from March 10, 2016 (Doc. 41) to a time convenient for the Court after March 14, 2016.

DATED this 4th day of March, 2016     DATED this 4th day of March, 2016

*/s/ Jamie S. Cogburn*                  */s/ Lawrence R. Phillips*
Jamie S. Cogburn, Esq.                  George M. Ranalli, Esq.
Nevada Bar No. 8409                     Nevada Bar No.: 5748
Joshua A. Dowling, Esq.                 Lawrence R. Phillips, Esq.
Nevada Bar No. 12956                    Nevada Bar No.:7138
2879 St. Rose Parkway, Suite 200        2400 West Horizon Ridge Parkway
Henderson, NV 89052                     Henderson, NV 89052
Attorneys for Plaintiff                 Attorneys for Defendant

DATED this 4th day of March, 2016

*/s/ Rahul Kulkarni*
Rahul Kulkarni, Esq.
Nevada Bar No.: 10650
300 South Fourth Street – 11th Floor
Las Vegas, Nevada 89101
Attorney for Defendant

…

…

…

…

…

…

…

COGBURN LAW OFFICES
2879 St. Rose Pkwy., Ste. 200, Henderson, NV 89052
Phone: (702) 384-3616 | Fax: (702) 966-3880

STIPULATION AND ORDER TO
CONTINUE HEARING
CAHILL V. KENT
2:15-cv-00468-RFB-CWH

## ORDER

   Accordingly, IT IS HEREBY ORDERED that the parties' stipulation to continue hearing (doc. # 44) is **granted**.

   IT IS FURTHER ORDERED that the hearing on March 10, 2016 is **reset** to **March 15, 2016 at 1:30 p.m.**

   IT IS FURTHER ORDERED that Plaintiff's motion to continue magistrate hearing (doc. # 42) is **denied as moot**.

UNITED STATES MAGISTRATE JUDGE

DATED: March 4, 2016

SUBMITTED BY:

COGBURN LAW OFFICES

*/s/ Jamie S. Cogburn*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
2879 St. Rose Parkway, Suite 200
Henderson, NV 89052
Attorneys for Plaintiff