**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
jdowling@cogburnlaw.com
2879 St. Rose Parkway, Ste. 200
Henderson, Nevada 89052
Telephone: (702) 384-3616
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| JUSTIN M. CAHILL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LARRY A. KENT, an individual; DOE Individuals 1-10; and ROE Corporations 11-20;<br><br>Defendant. | Case Number: 2:15-cv-00468-RFB-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING JOINT PRETRIAL ORDER** |

Plaintiff, Justin Cahill, by and through his attorney of record, Jamie S. Cogburn, Esq., and Joshua A. Dowling, Esq. of Cogburn Law Offices and Defendant, Larry Kent, by and through his attorney of record, George M. Ranalli, Esq. and Lawrence Phillips, Esq. with Ranalli & Zaniel and Rahul Kulkarni, Esq. of Wilson, Elser Moskowitz Edelman & Dicker, LLP,

…

…

…

…

…

…

…

…

Page 1 of 3

hereby stipulates to continue the deadline for filing the Joint Pretrial Order, from March 11, 2016 (Doc. 25) until two weeks after the limited discovery cutoff of April 1, 2016, therefore, the Joint Pretrial Order will be now be filed no later than April 15, 2016.

DATED this 7th day of March, 2016	DATED this 7th day of March, 2016

*/s/ Jamie S. Cogburn*	*/s/ Lawrence R. Phillips*
Jamie S. Cogburn, Esq.	George M. Ranalli, Esq.
Nevada Bar No. 8409	Nevada Bar No.: 5748
Joshua A. Dowling, Esq.	Lawrence R. Phillips, Esq.
Nevada Bar No. 12956	Nevada Bar No.:7138
2879 St. Rose Parkway, Suite 200	2400 West Horizon Ridge Parkway
Henderson, NV 89052	Henderson, NV 89052
Attorneys for Plaintiff	Attorneys for Defendant

DATED this 7th day of March, 2016

*/s/ Rahul Kulkarni*
Rahul Kulkarni, Esq.
Nevada Bar No.: 10650
300 South Fourth Street – 11th Floor
Las Vegas, Nevada 89101
Attorney for Defendant

…

…

…

…

…

…

…

STIPULATION AND ORDER TO
CONTINUE DEADLINE FOR JOINT
PRETRIAL ORDER
CAHILL V. KENT
2:15-cv-00468-RFB-CWH

## ORDER

IT IS ORDERED the deadline for filing the Joint Pretrial Order will be continued from March 11, 2016 (Doc. 25) until two weeks after the limited discovery cutoff date of April 1, 2016, therefore, the Joint Pretrial Order will be now be filed no later than April 15, 2016.

IT IS SO ORDERED this  8  day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

COGBURN LAW OFFICES

*/s/ Jamie S. Cogburn*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
2879 St. Rose Parkway, Suite 200
Henderson, NV 89052
Attorneys for Plaintiff