**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
jdowling@cogburnlaw.com
2879 St. Rose Parkway, Ste. 200
Henderson, Nevada 89052
Telephone: (702) 384-3616
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| JUSTIN M. CAHILL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LARRY A. KENT, an individual; DOE Individuals 1-10; and ROE Corporations 11-20;<br><br>Defendant. | Case Number: 2:15-cv-00468-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND EXCLUDE TESTIMONY AND REPORT OF PLAINTIFF'S EXPERT BILL UHL** |

Plaintiff, Justin Cahill, by and through his attorney of record, Jamie S. Cogburn, Esq., and Joshua A. Dowling, Esq. of Cogburn Law Offices and Defendant, Larry Kent, by and through his attorneys of record, George M. Ranalli, Esq. and Jason A. Fowler, Esq. with Ranalli Zaniel, Fowler, & Moran, LLC.

…

…

…

…

…

…

…

…

1  hereby stipulates to extend deadline for Plaintiff's Opposition to Defendant's Motion to Strike
2  and Exclude Testimony and Report of Plaintiff's Expert Bill Uhl, from April 28, 2016 (Doc. 58)
3  to no later than May 5, 2016.
4  DATED this 28th day of April, 2016                DATED this 28th day of April, 2016

6  */s/ Jamie S. Cogburn*                             */s/ Jason A. Fowler*
7  Jamie S. Cogburn, Esq.                             George M. Ranalli, Esq.
   Nevada Bar No. 8409                                Nevada Bar No.: 5748
8  Joshua A. Dowling, Esq.                            Jason A. Fowler, Esq.
   Nevada Bar No. 12956                               Nevada Bar No.:8071
9  2879 St. Rose Parkway, Suite 200                   2400 West Horizon Ridge Parkway
   Henderson, NV 89052                                Henderson, NV 89052
10 Attorneys for Plaintiff                            Attorneys for Defendant

12 …
13 …
14 …
15 …
16 …
17 …
18 …
20 …
22 …
24 …
25 …
27 …

COGBURN LAW OFFICES
2879 St. Rose Pkwy., Ste. 200, Henderson, NV 89052
Phone: (702) 384-3616 | Fax: (702) 966-3880

STIPULATION AND ORDER TO
EXTEND DEADLINE FOR PLAINTIFF'S
OPPOSITION TO DEFENDANT'S
MOTION TO STRIKE AND EXCLUDE
TESTIMONY AND REPORT OF
PLAINTIFF'S EXPERT BILL UHL
CAHILL V. KENT
2:15-cv-00468-RFB-CWH

## ORDER

IT IS ORDERED the deadline for filing Plaintiff's Opposition to Defendant's Motion to Strike and Exclude Testimony and Report of Plaintiff's Expert Bill Uhl will be continued from April 28, 2016 (Doc. 58) to no later than May 5, 2016.

IT IS SO ORDERED this 29 day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

COGBURN LAW OFFICES

*/s/ Jamie S. Cogburn*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
2879 St. Rose Parkway, Suite 200
Henderson, NV 89052
Attorneys for Plaintiff