1 CHRISTINE D. BURKHART, ESQ.
Nevada Bar No.: 9330
2 RAHUL KULKARNI, ESQ.
Nevada Bar No.: 10650
3 **WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP**
4 300 South 4th Street, 11th Floor
Las Vegas, NV 89101
5 (702) 727-1400; FAX (702) 727-1401
Christine.Burkhart@wilsonelser.com
6 Rahul.Kulkarni@wilsonelser.com
7 Attorneys for Defendant
**LARRY A. KENT**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN M. CAHILL, an individual;<br><br>Plaintiff,<br><br>LARRY A. KENT, an individual; DOE Individuals 1-10; and ROE Corporations 11-20;<br><br>Defendant. | CASE NO. : 2:15-cv-00468-RFB-CWH |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER

Plaintiff, Justin Cahill, by and through his attorneys of record, Jamie S. Cogburn, Esq. and Joshua A. Dowling, Esq. of COGBURN LAW OFFICES, and Defendant, Larry Kent, by and through his attorneys of record, George M. Ranalli, Esq. and Jason A. Fowler, Esq. of RANALLI, ZANIEL, FOWLER & MORAN, LLC and Rahul Kulkarni, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to extend the deadline for

///

///

///

///

954560v.1

the parties to file the Joint Pre-Trial Order from May 15, 2016 to May 30, 2016 to allow the parties additional time to confer regarding potential stipulations and mutually agreeable potential trial dates.

Dated: May 13th, 2016.                                Dated: May 13th, 2016.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**      **COGBURN LAW OFFICES**

By: */s/ Christine D. Burkhart*                       By: */s/ Jamie S. Cogburn*
    CHRISTINE D. BURKHART, ESQ.                       JAMIE S. COGBURN, ESQ.
    Nevada Bar No.: 9330                                Nevada Bar No.: 8409
    RAHUL KULKARNI, ESQ.                                JOSHUA A. DOWLING, ESQ.
    Nevada Bar No.: 10650                               Nevada Bar No.: 12956
    300 South 4th Street, 11th Floor                    2879 St. Rose Parkway, Ste. 200
    Las Vegas, NV 89101                                 Henderson, NV 89052
    Attorneys for Defendant                             Attorneys for Plaintiff
    **LARRY A. KENT**                                   **JUSTIN M. CAHILL**

Dated: May 13th, 2016.

**RANALLI, ZANIEL, FOWLER & MORAN, LLC**

By: */s/ George M. Ranalli*
    GEORGE M. RANALLI, ESQ.
    Nevada Bar No.: 5748
    JASON A. FOWLER, ESQ.
    Nevada Bar No.: 8071
    2400 West Horizon Ridge Parkway
    Henderson, NV 89052
    Attorneys for Defendant
    **LARRY A. KENT**

954560v.1

# ORDER

IT IS ORDERED that the deadline for the parties to file the Joint Pre-Trial Order be extended from May 15, 2016 to May 30, 2016.

IT IS SO ORDERED .

DATED: May 16, 2016

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: _/s/ Christine D. Burkhart_____
  CHRISTINE D. BURKHART, ESQ.
  Nevada Bar No.: 9330
  RAHUL KULKARNI, ESQ.
  Nevada Bar No.: 10650
  300 South 4th Street, 11th Floor
  Las Vegas, NV 89101
  Attorneys for Defendant
  **LARRY A. KENT**