**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
jdowling@cogburnlaw.com
2879 St. Rose Parkway, Ste. 200
Henderson, Nevada 89052
Telephone: (702) 384-3616
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| JUSTIN M. CAHILL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LARRY A. KENT, an individual; DOE Individuals 1-10; and ROE Corporations 11-20;<br><br>Defendant. | Case Number:  2:15-cv-00468-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S UNTIMELY SUPPLEMENTAL DISCLOSURES** |

Plaintiff, Justin Cahill, by and through his attorney of record, Jamie S. Cogburn, Esq., and Joshua A. Dowling, Esq. of Cogburn Law Offices and Defendant, Larry Kent, by and through his attorneys of record, George M. Ranalli, Esq. and Jason A. Fowler, Esq. with Ranalli Zaniel, Fowler, & Moran, LLC.

…

…

…

…

…

…

…

…

Page 1 of 3

hereby stipulates to extend deadline for Plaintiff's Opposition to Defendant's Motion to Strike Plaintiff's Untimely Supplemental Disclosures from June 13, 2016 (Doc. 86) to no later than June 20, 2016.

DATED this 15th day of June, 2016          DATED this 15th day of June, 2016

*/s/ Jamie S. Cogburn*                                   */s/ Jason A. Fowler*
Jamie S. Cogburn, Esq.                              George M. Ranalli, Esq.
Nevada Bar No. 8409                                 Nevada Bar No.: 5748
Joshua A. Dowling, Esq.                             Jason A. Fowler, Esq.
Nevada Bar No. 12956                                Nevada Bar No.:8071
2879 St. Rose Parkway, Suite 200            2400 West Horizon Ridge Parkway
Henderson, NV 89052                                 Henderson, NV 89052
Attorneys for Plaintiff                                 Attorneys for Defendant

…

…

…

…

…

…

…

…

…

…

…

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S UNTIMELY SUPPLEMENTAL DISCLOSURES<br>
2:15-cv-00468-RFB-CWH

## **ORDER**

IT IS ORDERED the deadline for filing Plaintiff's Opposition to Defendant's Motion to Strike Plaintiff's Untimely Supplemental Disclosures will be continued from June 13, 2016 (Doc. 86) to no later than June 20, 2016.

IT IS SO ORDERED this 20 day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

COGBURN LAW OFFICES

*/s/ Jamie S. Cogburn*
_____
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joshua A. Dowling, Esq.
Nevada Bar No. 12956
2879 St. Rose Parkway, Suite 200
Henderson, NV 89052
Attorneys for Plaintiff

COGBURN LAW OFFICES
2879 St. Rose Pkwy., Ste. 200, Henderson, NV 89052
Phone: (702) 384-3616 | Fax: (702) 966-3880