CHRISTINE D. BURKHART, ESQ.
Nevada Bar No.: 9330
RAHUL KULKARNI, ESQ.
Nevada Bar No.: 10650
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Christine.Burkhart@wilsonelser.com
Rahul.Kulkarni@wilsonelser.com
Attorneys for Defendant
**LARRY A. KENT**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN M. CAHILL, an individual;<br><br>Plaintiff,<br><br>LARRY A. KENT, an individual; DOE Individuals 1-10; and ROE Corporations 11-20;<br><br>Defendant. | CASE NO. : 2:15-cv-00468-RFB-CWH |

### STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

Plaintiff, Justin M. Cahill, by and through his attorneys of record, Jamie S. Cogburn, Esq. and Joshua A. Dowling, Esq. of COGBURN LAW OFFICES, and Defendant, Larry Kent, by and through his attorneys of record, George M. Ranalli, Esq. and Jason A. Fowler, Esq. of RANALLI, ZANIEL, FOWLER & MORAN, LLC and Rahul Kulkarni, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree that Plaintiff Justin M. Cahill's Complaint against Defendant Larry A. Kent in the above-entitled action, and any and all claims and/or causes of action contained therein, be dismissed with prejudice, with each party to bear his own fees and costs.

///

///

///

1144131v.1

This stipulation is (1) entered into in good faith, (2) in the interest of judicial economy and (3) not for the purposes of delay.

Dated: May 30, 2017.

Dated: May 30, 2017.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

**COGBURN LAW OFFICES**

By: */s/ RAHUL KULKARNI*
    CHRISTINE D. BURKHART, ESQ.
    Nevada Bar No.: 9330
    RAHUL KULKARNI, ESQ.
    Nevada Bar No.: 10650
    300 South 4th Street, 11th Floor
    Las Vegas, NV 89101
    Attorneys for Defendant
    **LARRY A. KENT**

By: */s/ JAMIE S. COGBURN*
    JAMIE S. COGBURN, ESQ.
    Nevada Bar No.: 8409
    JOSHUA A. DOWLING, ESQ.
    Nevada Bar No.: 12956
    2879 St. Rose Parkway, Ste. 200
    Henderson, NV 89052
    Attorneys for Plaintiff
    **JUSTIN M. CAHILL**

Dated: May 30, 2017.

**RANALLI, ZANIEL, FOWLER & MORAN**

By: */s/ GEORGE M. RANALLI*
    GEORGE M. RANALLI, ESQ.
    Nevada Bar No.: 5748
    JASON A. FOWLER, ESQ.
    Nevada Bar No.: 8071
    2400 West Horizon Ridge Parkway
    Henderson, NV 89052
    Attorneys for Defendant
    **LARRY A. KENT**

1144131v.1

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Plaintiff Justin M. Cahill's Complaint against Defendant Larry A. Kent in the above-entitled action, and any and all claims and/or causes of action contained therein, be dismissed with prejudice, with each party to bear his own fees and costs.

IT IS SO ORDERED this  7th  day of  June , 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: */s/ RAHUL KULKARNI*
    CHRISTINE D. BURKHART, ESQ.
    Nevada Bar No.: 9330
    RAHUL KULKARNI, ESQ.
    Nevada Bar No.: 10650
    300 South 4th Street, 11th Floor
    Las Vegas, NV 89101
    Attorneys for Defendant
    **LARRY A. KENT**

1144131v.1